IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:22-mj-266 |
|---|---|
| v. | ) **ORDER TO SEAL THE COMPLAINT** |
| (1) GEORGE RIVENS | ) UNDER SEAL |
| (2) PAUL KABER | ) |
| (3) DANEON HANSON | ) |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaints, Affidavit, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of June 2022.

Signed: June 3, 2022

David S. Cayer
United States Magistrate Judge