IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO.: 3:22-cr-00154

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(3) GEORGE IRVING RIVENS ) | CONSENT ORDER AND<br>JUDGMENT OF FORFEITURE<br>PENDING RULE 32.2(c)(2) |

BASED UPON the Defendant's plea of guilty and finding that there is a nexus between the property listed below and the offense(s) to which the Defendant has pled guilty and that the Defendant (or any combination of Defendants in this case) has or had a possessory interest or other legal interest in the property, IT IS HEREBY ORDERED THAT:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. § 924, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c), provided, however, that forfeiture of specific assets is subject to any and all third party petitions under 21 U.S.C. § 853(n), pending final adjudication herein:

- 2020 Dodge Charger, VIN: 2C3CDXGJ2LH255164;
- $29,792 U.S. currency;
- $30,303 U.S. currency;
- One 22 inch, 10k yellow gold and diamond Cuban chain;
- One Springfield XDM pistol, serial number MG563689 and ammunition;
- One Glock 22 pistol, serial number BTSC687 and ammunition;
- One Springfield XD9 pistol, serial number GM749064 and ammunition;
- One Glock 19 pistol, serial number EX746US and ammunition;
- One Century Arms Micro Draco pistol, serial number PMD-18960-20 and ammunition;
- One Century Arms C39 pistol, serial number C39P02799 and ammunition;
- One Magpul Industries/American Tactical Imports Omni Hybrid pistol, serial number NS287690 and ammunition;
- One King Ordnance Industries Model KR-15 pistol, serial number RTK2910 and ammunition;
- One Sig Sauer Model P290 9mm pistol, serial number 26C070953 and ammunition;
- One Springfield/HS Produkt Hellcat model 9mm pistol, serial number BA276497 and ammunition;
- One Ruger Model 57 .57 caliber pistol, serial number 642-36847 and ammunition;
- One Taurus Model G2C 9mm pistol, serial number ABE583813 and ammunition;

1

- $2,022.03 in Fifth Third Bank account xxxxxxxx1906;
- $312.56 in Fifth Third Bank account xxxxxxxx1906;
- $1,766.96 in Fifth Third Bank account xxxxxxxx8344;
- $6,301.04 in Fifth Third Bank account xxxxxxxx8369;
- $9,803.88 in Wells Fargo Bank account xxxxx5656;
- $10,930.76 in Wells Fargo Bank account xxxxx6160;
- $2,073.38 in Bank of America account XXXXXXXXXX0006;
- $557.39 in Bank of America account XXXXXXXXXX9978;
- $1,896.27 in Bank of America account XXXXXXXXXX8702;
- $3,278.01 in Bank of America account XXXXXXXXXX8715;
- One Movado Series 800 Chronograph black watch;
- One 14k yellow gold men's pave cluster ring;
- One 10k yellow gold four-row diamond ring;
- One 10k yellow gold diamond cluster set diamond ring;
- One 10k yellow gold wide cluster diamond ring;
- One 10k white and yellow gold diamond infinity ring;
- One 8 inch 10k yellow gold squared diamond Cuban bracelet;
- One 925 David Yurman double row Tiger Eye bracelet;
- One 925 David Yurman single strand Tiger Eye bracelet;
- One 22 inch 10k yellow gold squared diamond Cuban chain;
- One 10k yellow gold XL custom diamond pendant;
- One 7 inch 10k yellow gold baguette and round diamond bracelet;
- One replica 10k Cartier diamond watch; and
- One bulletproof vest, one money counter, two heat sealers, multiple pill presses, one scale, one Ninja blender, and miscellaneous ammunition and magazines.

2.    The United States Marshals Service, the investigative agency, and/or the agency contractor is authorized to take possession and maintain custody of the above specific asset(s).

3.    If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of forfeiture.

4.    Any person, other than the Defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

5.    Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of the property, including depositions, interrogatories, and request for production of documents, and to issue subpoenas pursuant to Fed. R. Civ. P. 45.

6. As to any specific assets, following the Court's disposition of all timely petitions, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property, and shall dispose of the property according to law.

The parties stipulate and agree that the aforementioned asset(s) constitute property involved in, derived from, or traceable to proceeds of Defendant's crime(s) herein or property used in any manner to facilitate the commission of such offense(s) and are therefore subject to forfeiture pursuant to 18 U.S.C. § 924, 21 U.S.C. § 853, and/or 28 U.S.C. § 2461(c). The Defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against Defendant. If the Defendant has previously submitted a claim in response to an administrative forfeiture proceeding regarding any of this property, Defendant hereby withdraws that claim. If Defendant has not previously submitted such a claim, Defendant hereby waives all right to do so. As to any firearms listed above and/or in the charging instrument, Defendant consents to destruction by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion deem to legally sufficient, and waives any and all right to further notice of such process or such destruction.

DENA J. KING
UNITED STATES ATTORNEY

_____
ALFREDO DE LA ROSA
Assistant United States Attorney

_____
GEORGE IRVING RIVENS
Defendant

_____
J. BRADLEY SMITH
Attorney for Defendant

Signed this the 14th day of June, 2023.

_____
HONORABLE SUSAN C. RODRIGUEZ
UNITED STATES MAGISTRATE JUDGE

3